# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: THE LUTHERAN FAMILY MISSION | § Case No. 06-09370 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on August 02, 2006. The undersigned trustee was appointed on August 02, 2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $     124,790.83

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 70,993.90 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $     53,796.93 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 01/26/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,489.54. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,489.54, for a total compensation of $9,489.54. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/03/2010        By:/s/RICHARD M. FOGEL
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-09370  
Case Name: THE LUTHERAN FAMILY MISSION  
Period Ending: 05/03/10  

Trustee: (330720) RICHARD M. FOGEL  
Filed (f) or Converted (c): 08/02/06 (f)  
§341(a) Meeting Date: 08/24/06  
Claims Bar Date: 01/26/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTS RECEIVABLE | 165,000.00 | Unknown | | 6,996.75 | Unknown |
| 2 | DONATIONS (u) | 0.00 | Unknown | | 1,571.45 | FA |
| 3 | VEHICLE #3 | 6,000.00 | 4,000.00 | | 8,000.00 | FA |
| 4 | BANK ACCOUNT<br>Account overdrawn | 600.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | FURNITURE AND EQUIPMENT | 12,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | MONEY MARKET FUND | 90.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | VEHICLE #1 | 6,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | VEHICLE #2 | 1,200.00 | 0.00 | DA | 500.00 | FA |
| 9 | REAL ESTATE - NORTH AVENUE | 250,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | REAL ESTATE - RACE AVENUE | 20,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | DEATH BENEFIT-PAPE (u) | Unknown | Unknown | | 12.83 | FA |
| 12 | POST-PETITION LOAN (u)<br>Per o/c dated April 24, 2007 | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 13 | BREACH OF FIDUCIARY DUTY ACTION (u) (See Footnote) | 0.00 | Unknown | | 100,000.00 | Unknown |
| Int | INTEREST (u) | Unknown | N/A | | 209.80 | Unknown |
| 14 | Assets   Totals (Excluding unknown values) | $460,890.00 | $11,500.00 | | $124,790.83 | $0.00 |

RE PROP# 13    Settled with officers and directors per o/c 12-9-09

**Major Activities Affecting Case Closing:**

Objections to claims set for hearing on 1-26-10

Initial Projected Date Of Final Report (TFR): December 31, 2007    Current Projected Date Of Final Report (TFR): June 30, 2010

Printed: 05/03/2010 07:58 AM    V.12.08

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 06-09370 | Trustee: RICHARD M. FOGEL (330720) |
| Case Name: THE LUTHERAN FAMILY MISSION | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****63-65 - Money Market Account |
| Taxpayer ID #: **-***4898 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 05/03/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/08 | | JPMORGAN CHASE BANK | TRANSFER FROM BANK OF AMERICA | 9999-000 | 10,953.32 | | 10,953.32 |
| 04/24/08 | {1} | EXCELLIGENCE | Accounts receivable | 1121-000 | 6.44 | | 10,959.76 |
| 04/28/08 | {8} | CASS HOWARD | SALE OF PERSONAL PROPERTY | 1129-000 | 500.00 | | 11,459.76 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.66 | | 11,460.42 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.43 | | 11,461.85 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 11,463.30 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 11,464.75 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.36 | | 11,466.11 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.50 | | 11,467.61 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.25 | | 11,468.86 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.90 | | 11,469.76 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 11,470.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 11,471.03 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 11,471.46 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 11,471.95 |
| 04/01/09 | | To Account #********6366 | Account Transfer | 9999-000 | | 6.43 | 11,465.52 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 11,465.98 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 11,466.43 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 11,466.92 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,467.40 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,467.88 |
| 09/08/09 | | To Account #********6366 | Account Transfer | 9999-000 | | 4,438.00 | 7,029.88 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,030.20 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,030.48 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,030.77 |
| 12/15/09 | {13} | GREAT AMERICAN INSURANCE COMPANY | Settlement proceeds per o/c 12-9-09 | 1249-000 | 1,000,000.00 | | 1,007,030.77 |
| 12/16/09 | | To Account #********6366 | Account Transfer | 9999-000 | | 53,198.60 | 953,832.17 |
| 12/16/09 | {13} | Account adjustment | Deposit was $100,000, not $1,000,000 | 1249-000 | -900,000.00 | | 53,832.17 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.45 | | 53,833.62 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.12 | | 53,835.74 |
| 02/10/10 | | To Account #********6366 | Account Transfer | 9999-000 | | 46.19 | 53,789.55 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.04 | | 53,791.59 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.41 | | 53,794.00 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.36 | | 53,794.36 |
| 04/06/10 | | Wire out to BNYM account 9200******6365 | Wire out to BNYM account 9200******6365 | 9999-000 | -53,794.36 | | 0.00 |

Subtotals: $57,689.22   $57,689.22

{} Asset reference(s)

Printed: 05/03/2010 07:58 AM   V.12.08

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-09370 | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- |
| Case Name: | THE LUTHERAN FAMILY MISSION | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****63-65 - Money Market Account |
| Taxpayer ID #: | **-***4898 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/03/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 57,689.22 | 57,689.22 | $0.00 |
| | | | Less: Bank Transfers | | -42,841.04 | 57,689.22 | |
| | | | **Subtotal** | | 100,530.26 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$100,530.26** | **$0.00** | |

{} Asset reference(s)

Printed: 05/03/2010 07:58 AM   V.12.08

Case 06-09370   Doc 104   Filed 06/08/10   Entered 06/08/10 14:57:22   Desc Main
          Document      Page 6 of 17

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-09370 | | | Trustee: | RICHARD M. FOGEL (330720) |
| Case Name: | THE LUTHERAN FAMILY MISSION | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | | Account: | \*\*\*-\*\*\*\*\*63-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*4898 | | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/03/10 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/09 | | From Account #\*\*\*\*\*\*\*\*6365 | Account Transfer | 9999-000 | 6.43 | | 6.43 |
| 04/02/09 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 6.43 | 0.00 |
| 09/08/09 | | From Account #\*\*\*\*\*\*\*\*6365 | Account Transfer | 9999-000 | 4,438.00 | | 4,438.00 |
| 09/09/09 | 102 | MANDELL, MENKES & SURDYK | ONE-HALF COSTS OF DOCUMENT PRODUCTION | 2990-000 | | 4,438.00 | 0.00 |
| 12/16/09 | | From Account #\*\*\*\*\*\*\*\*6365 | Account Transfer | 9999-000 | 53,198.60 | | 53,198.60 |
| 12/17/09 | 103 | STAHL COWEN CROWELY ADDIS LLC | SPECIAL COUNSEL FEES- per o/c 12-9-09 | 3210-600 | | 40,000.00 | 13,198.60 |
| 12/17/09 | 104 | ROBBINS SALOMON & PATT LTD., as assignee of West Side | ALLOWED ADMINISTRATIVE CLAIM- per o/c 12-9-09 | 2410-000 | | 13,198.60 | 0.00 |
| 02/10/10 | | From Account #\*\*\*\*\*\*\*\*6365 | Account Transfer | 9999-000 | 46.19 | | 46.19 |
| 02/11/10 | 105 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 46.19 | 0.00 |
| | | | ACCOUNT TOTALS | | 57,689.22 | 57,689.22 | $0.00 |
| | | | Less: Bank Transfers | | 57,689.22 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **57,689.22** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$57,689.22** | |

{} Asset reference(s)                                                                                              Printed: 05/03/2010 07:58 AM    V.12.08

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 06-09370 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | THE LUTHERAN FAMILY MISSION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account: | ********57 - Money Market Account |
| Taxpayer ID #: | **-***4898 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/03/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/15/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 245.43 | | 245.43 |
| 08/15/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 452.14 | | 697.57 |
| 08/15/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 500.82 | | 1,198.39 |
| 08/15/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 401.16 | | 1,599.55 |
| 08/15/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 365.10 | | 1,964.65 |
| 08/15/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 264.42 | | 2,229.07 |
| 08/15/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 278.44 | | 2,507.51 |
| 08/15/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 275.76 | | 2,783.27 |
| 08/15/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 535.48 | | 3,318.75 |
| 08/15/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 352.48 | | 3,671.23 |
| 08/15/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 400.14 | | 4,071.37 |
| 08/15/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 251.42 | | 4,322.79 |
| 08/31/06 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.64 | | 4,324.43 |
| 09/05/06 | {2} | MAYFAIR EVANGELICAL LUTHERAN CONG | DONATION | 1129-000 | 452.63 | | 4,777.06 |
| 09/05/06 | {2} | LUTHERAN CHURCH OF ATONEMENT | DONATION | 1129-000 | 500.00 | | 5,277.06 |
| 09/05/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 2,493.65 | | 7,770.71 |
| 09/05/06 | {1} | STATE OF ILLINOIS | ACCOUNT RECEIVABLE | 1121-000 | 86.64 | | 7,857.35 |
| 09/19/06 | {2} | THRIVENT FINANCIAL FOR LUTHERANS | DONATION | 1129-000 | 325.00 | | 8,182.35 |
| 09/19/06 | {1} | THRIVENT INVESTMENT MANAGEMENT | ACCOUNT RECEIVABLE | 1121-000 | 87.23 | | 8,269.58 |
| 09/19/06 | {2} | UNITED WAY | DONATION | 1129-000 | 105.42 | | 8,375.00 |
| 09/29/06 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.88 | | 8,380.88 |
| 10/03/06 | {2} | ABBOTT LABORATORIES | DONATION | 1129-000 | 50.40 | | 8,431.28 |
| 10/31/06 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.16 | | 8,438.44 |
| 11/09/06 | | Transfer to Acct #3754901740 | Bank Funds Transfer | 9999-000 | | 100.00 | 8,338.44 |
| 11/20/06 | {3} | AMERICAN AUCTION ASSOCIATES | PROCEEDS OF SALE | 1129-000 | 8,000.00 | | 16,338.44 |
| 11/20/06 | | Transfer to Acct #3754901740 | Bank Funds Transfer | 9999-000 | | 367.56 | 15,970.88 |
| 11/30/06 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.26 | | 15,979.14 |
| 12/07/06 | | Transfer to Acct #3754901740 | Bank Funds Transfer | 9999-000 | | 63.25 | 15,915.89 |
| 12/29/06 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.53 | | 15,929.42 |
| 01/09/07 | {11} | THRIVENT FINANCIAL FOR LUTHERANS | DEATH BENEFIT ADJUSTMENT | 1229-000 | 12.83 | | 15,942.25 |
| 01/29/07 | | Transfer to Acct #3754901740 | Bank Funds Transfer | 9999-000 | | 250.00 | 15,692.25 |
| 01/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.52 | | 15,705.77 |

Subtotals :  $16,486.58   $780.81

{} Asset reference(s)

Printed: 05/03/2010 07:58 AM    V.12.08

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 06-09370  
**Case Name:** THE LUTHERAN FAMILY MISSION  
**Taxpayer ID #:** **-***4898  
**Period Ending:** 05/03/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** BANK OF AMERICA, N.A.  
**Account:** ********57 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/07/07 | | Transfer to Acct #3754901740 | Bank Funds Transfer | 9999-000 | | 11.59 | 15,694.18 |
| 02/28/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.04 | | 15,706.22 |
| 03/30/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.34 | | 15,719.56 |
| 04/30/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.92 | | 15,732.48 |
| 05/07/07 | {12} | PARK NATIONAL BANK | GOLDSMITH RETAINER | 1290-000 | 2,500.00 | | 18,232.48 |
| 05/09/07 | {2} | ST. PAUL LUTHERAN CHURCH | DONATION | 1290-000 | 138.00 | | 18,370.48 |
| 05/09/07 | | Transfer to Acct #3754901740 | Bank Funds Transfer | 9999-000 | | 2,500.00 | 15,870.48 |
| 05/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.36 | | 15,883.84 |
| 06/29/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.05 | | 15,896.89 |
| 07/02/07 | {12} | PARK NATIONAL BANK | GOLDSMITH FEE | 1290-000 | 5,000.00 | | 20,896.89 |
| 07/05/07 | | Transfer to Acct #3754901740 | Bank Funds Transfer | 9999-000 | | 5,000.00 | 15,896.89 |
| 07/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.50 | | 15,910.39 |
| 08/30/07 | | Transfer to Acct #3754901740 | Bank Funds Transfer | 9999-000 | | 2,500.00 | 13,410.39 |
| 08/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.38 | | 13,423.77 |
| 09/28/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.55 | | 13,432.32 |
| 10/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.56 | | 13,440.88 |
| 11/30/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 7.18 | | 13,448.06 |
| 12/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 6.43 | | 13,454.49 |
| 01/10/08 | | Transfer to Acct #3754901740 | Bank Funds Transfer | 9999-000 | | 2,500.00 | 10,954.49 |
| 01/31/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 4.65 | | 10,959.14 |
| 02/04/08 | | Transfer to Acct #3754901740 | Bank Funds Transfer | 9999-000 | | 12.28 | 10,946.86 |
| 02/29/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.60 | | 10,949.46 |
| 03/31/08 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.59 | | 10,952.05 |
| 04/18/08 | Int | BANK OF AMERICA, N.A. | Interest Earned | 1270-000 | 1.27 | | 10,953.32 |
| 04/18/08 | | BANK OF AMERICA | TRANSFER TO JPMC | 9999-000 | | 10,953.32 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 24,258.00 | 24,258.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,258.00 | |
| | | | **Subtotal** | | 24,258.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$24,258.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/03/2010 07:58 AM   V.12.08

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 06-09370 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | THE LUTHERAN FAMILY MISSION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account: | ********40 - Checking - Non Interest |
| Taxpayer ID #: | **-***4898 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/03/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/09/06 | | Transfer from Acct #3754889257 | Bank Funds Transfer | 9999-000 | 100.00 | | 100.00 |
| 11/09/06 | 2001 | CHARLES SANDERS | DELIVERY FEE FOR BOOKS & RECORDS | 2990-000 | | 100.00 | 0.00 |
| 11/20/06 | | Transfer from Acct #3754889257 | Bank Funds Transfer | 9999-000 | 367.56 | | 367.56 |
| 11/20/06 | 2002 | AMERICAN AUCTION ASSOCIATES | AUCTIONEER'S EXPENSES | 3620-000 | | 367.56 | 0.00 |
| 12/07/06 | | Transfer from Acct #3754889257 | Bank Funds Transfer | 9999-000 | 63.25 | | 63.25 |
| 12/08/06 | 2003 | CHARTER ONE BANK | DOCUMENT PRODUCTION | 2990-000 | | 63.25 | 0.00 |
| 01/29/07 | | Transfer from Acct #3754889257 | Bank Funds Transfer | 9999-000 | 250.00 | | 250.00 |
| 01/30/07 | 2004 | AMY DOOLIN, CSR, RPR | TRANSCRIPT OF 341 MEETING | 2990-000 | | 250.00 | 0.00 |
| 02/07/07 | | Transfer from Acct #3754889257 | Bank Funds Transfer | 9999-000 | 11.59 | | 11.59 |
| 02/09/07 | 2005 | INTERNATIONAL SURETIES, LTD. | BOND #016026455 | 2300-000 | | 11.59 | 0.00 |
| 05/09/07 | | Transfer from Acct #3754889257 | Bank Funds Transfer | 9999-000 | 2,500.00 | | 2,500.00 |
| 05/10/07 | 2006 | COLEMAN JOSEPH BLITSTEIN & STUART | RETAINER PER O/C 4-24-07 | 3410-000 | | 2,500.00 | 0.00 |
| 07/05/07 | | Transfer from Acct #3754889257 | Bank Funds Transfer | 9999-000 | 5,000.00 | | 5,000.00 |
| 07/06/07 | 2007 | COLEMAN JOSEPH BLITSTEIN & STUART | BALANCE OF FEE PER O/C 4-24-07 | 3410-000 | | 5,000.00 | 0.00 |
| 08/30/07 | | Transfer from Acct #3754889257 | Bank Funds Transfer | 9999-000 | 2,500.00 | | 2,500.00 |
| 09/04/07 | 2008 | STAHL COWEN CROWLEY LLC | RETAINER | 3210-600 | | 2,500.00 | 0.00 |
| 01/10/08 | | Transfer from Acct #3754889257 | Bank Funds Transfer | 9999-000 | 2,500.00 | | 2,500.00 |
| 01/11/08 | 2009 | STAHL COWEN CROWLEY LLC | SPECIAL COUNSEL FEES/EXP | 3210-600 | | 2,500.00 | 0.00 |
| 02/04/08 | | Transfer from Acct #3754889257 | Bank Funds Transfer | 9999-000 | 12.28 | | 12.28 |
| 02/05/08 | 2010 | INTERNATIONAL SURETIES, LTD. | BOND #016026455 | 2300-000 | | 12.28 | 0.00 |

|  | | |
| --- | --- | --- |
| ACCOUNT TOTALS | 13,304.68 | 13,304.68 | $0.00 |
| Less: Bank Transfers | 13,304.68 | 0.00 | |
| Subtotal | 0.00 | 13,304.68 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $13,304.68 | |

{} Asset reference(s)

Printed: 05/03/2010 07:58 AM    V.12.08

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 06-09370 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | THE LUTHERAN FAMILY MISSION | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******63-65 - Money Market Account |
| Taxpayer ID #: | **-***4898 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/03/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | 9999-000 | 53,794.36 | | 53,794.36 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.57 | | 53,796.93 |
| | | | ACCOUNT TOTALS | | 53,796.93 | 0.00 | $53,796.93 |
| | | | Less: Bank Transfers | | 53,794.36 | 0.00 | |
| | | | Subtotal | | 2.57 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2.57 | $0.00 | |

{} Asset reference(s)  Printed: 05/03/2010 07:58 AM    V.12.08

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 06-09370 | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | THE LUTHERAN FAMILY MISSION | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******63-66 - Checking Account |
| Taxpayer ID #: | **-***4898 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/03/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****63-65 | 100,530.26 | 0.00 | 0.00 |
| Checking # ***-*****63-66 | 0.00 | 57,689.22 | 0.00 |
| MMA # ********57 | 24,258.00 | 0.00 | 0.00 |
| Checking # ********40 | 0.00 | 13,304.68 | 0.00 |
| MMA # 9200-******63-65 | 2.57 | 0.00 | 53,796.93 |
| Checking # 9200-******63-66 | 0.00 | 0.00 | 0.00 |
| | $124,790.83 | $70,993.90 | $53,796.93 |

{} Asset reference(s)   Printed: 05/03/2010 07:58 AM   V.12.08

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-09370
Case Name: THE LUTHERAN FAMILY MISSION
Trustee Name: RICHARD M. FOGEL

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Park National Bank | $ 11,112.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | RICHARD M. FOGEL | $ 9,489.54 | $ |
| Attorney for trustee | SHAW GUSSIS FISHMAN GLANTZ | $ 12,653.00 | $ 656.75 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | COLEMAN BLITSTEIN JOSEPH & STUART | $ 1,000.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $208,210.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | INTERNAL REVENUE SERVICE | $ 19,841.19 | $ 3,642.02 |
| _____ | INTERNAL REVENUE SERVICE | $ 6,150.77 | $ 1,129.03 |
| _____ | INTERNAL REVENUE SERVICE | $ 1,438.48 | $ 264.05 |
| _____ | ILLINOIS DEPARTMENT OF REVENUE | $ 4,960.31 | $ 910.51 |
| _____ | INTERNAL REVENUE SERVICE | $ 6,150.77 | $ 0.00 |
| _____ | INTERNAL REVENUE SERVICE | $ 1,438.48 | $ 0.00 |
| _____ | INTERNAL REVENUE SERVICE | $ 1,984.12 | $ 0.00 |
| _____ | ILLINOIS DEPARTMENT OF REVENUE | $ 1,984.12 | $ 0.00 |
| 10 | Tracey Huey | $ 1,818.45 | $ 333.79 |
| 14 | Celeste Tarver | $ 3,114.75 | $ 571.74 |
| 15 | Annie Johnson | $ 2,104.70 | $ 386.34 |
| 16 | Tamecia Davis | $ 3,680.00 | $ 675.49 |
| 17 | Jacqueline Montgomery | $ 2,091.08 | $ 383.84 |
| 18 | Bernadette Gant | $ 2,104.70 | $ 386.34 |
| 19 | Delores Greene | $ 3,006.50 | $ 551.87 |
| 21 | Patricia Cox | $ 3,182.29 | $ 584.14 |
| 23 | Rosalind Owens | $ 2,074.38 | $ 380.77 |
| 31 | Angela Hayes | $ 1,313.32 | $ 241.07 |
| 34 | Chloe Heath | $ 3,041.53 | $ 558.30 |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 35 | Kerry Bishop | $ 1,379.32 | $ 253.19 |
| 36 | Veronica King | $ 2,104.70 | $ 386.34 |
| 37 | Rosalind Miller | $ 4,310.40 | $ 791.21 |
| 41 | Illinois Department of Revenue | $ 7,000.00 | $ 0.00 |
| 42 | Johanna Bradley | $ 2,155.20 | $ 395.61 |
| 43 | Betty McField | $ 2,889.02 | $ 530.30 |
| 46 | Betty Miles | $ 1,489.79 | $ 273.46 |
| 50 | Shirley Black | $ 622.99 | $ 114.36 |
| 51 | Beverly Walker | $ 1,525.48 | $ 280.01 |
| 57 | Lori Johnson | $ 2,801.59 | $ 514.26 |
| 58 | Marie Gasaway | $ 2,289.90 | $ 420.33 |
| 61A | Sonja LaCaze | $ 2,778.19 | $ 509.96 |
| 70 | Edwina N Chambers | $ 2,694.00 | $ 494.51 |
| 71P | Barbara Herring | $ 4,366.68 | $ 801.54 |
| 72 | Sayonara Harris | $ 4,798.69 | $ 880.84 |
| 74 | Shevelle Carter | $ 2,289.90 | $ 420.33 |
| 78 | Ester L Hinton | $ 2,049.86 | $ 376.27 |
| 80 | Melissa Jones | $ 2,081.11 | $ 382.01 |
| 82 | Diane Neal | $ 336.75 | $ 61.81 |
| 85P | Illinois Dept of Employment Security | $ 74,890.06 | $ 0.00 |
| 86P | INTERNAL REVENUE SERVICE | $ 11,876.56 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,156,440.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

| | | | | | |
|---|---|---|---|---|---|
| 1 | Palos Partnership II | $ | 13,287.50 | $ | 0.00 |
| 2 | City of Chicago | $ | 1,025.00 | $ | 0.00 |
| 3 | Chicago Department of Revenue | $ | 277.24 | $ | 0.00 |
| 4 | Chicago Department of Revenue | $ | 50.00 | $ | 0.00 |
| 5 | Peoples Gas Light & Coke Co.? | $ | 2,515.74 | $ | 0.00 |
| 6 | Business Machine Agents, Inc | $ | 257.32 | $ | 0.00 |
| 7 | Anita Strong | $ | 3,000.00 | $ | 0.00 |
| 8 | Barbara Holmes | $ | 1,957.75 | $ | 0.00 |
| 9 | Alma Davis | $ | 6,871.09 | $ | 0.00 |
| 11 | Janice McWhorther | $ | 2,102.28 | $ | 0.00 |
| 12 | Editha Frye | $ | 11,000.00 | $ | 0.00 |
| 13 | Carrie Faye McClinton | $ | 366.01 | $ | 0.00 |
| 20 | Marie Durham | $ | 19,081.63 | $ | 0.00 |
| 22 | Donna McCraney | $ | 904.26 | $ | 0.00 |
| 24 | Jacqueline Hoard | $ | 6,000.00 | $ | 0.00 |
| 25 | Michelle Keys | $ | 7,392.57 | $ | 0.00 |
| 26 | Hertestine Cooks | $ | 14,787.42 | $ | 0.00 |
| 27 | Open Kitchens, Inc | $ | 65,420.90 | $ | 0.00 |
| 29U | Park National Bank | $ | 244,682.38 | $ | 0.00 |
| 30 | HR Direct | $ | 30.91 | $ | 0.00 |
| 32 | Charlotte Yancy | $ | 1,774.92 | $ | 0.00 |
| 33 | Ruth Kimble | $ | 11,553.62 | $ | 0.00 |
| 38 | Lynda Barrion | $ | 642.00 | $ | 0.00 |
| 39 | Alzzie Dobyne | $ | 8,000.00 | $ | 0.00 |
| 40 | Robbins, Salomon & Patt, Ltd. | $ | 428,572.22 | $ | 0.00 |
| 44 | Schindler Elevator Corporation | $ | 1,989.05 | $ | 0.00 |
| 45 | Lisa Morrison | $ | 4,927.73 | $ | 0.00 |
| 47 | Leanna Jones | $ | 2,300.00 | $ | 0.00 |
| 48 | Mattie Grant | $ | 3,100.00 | $ | 0.00 |
| 49 | Daphne Daniel | $ | 1,900.00 | $ | 0.00 |
| 52 | Tonia Bailey | $ | 1,781.29 | $ | 0.00 |
| 53 | Daisy Rosado | $ | 5,975.39 | $ | 0.00 |
| 59 | Amy M Lane | $ | 8,539.92 | $ | 0.00 |

UST Form 101-7-TFR (9/1/2009)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 60 | Carol AKA | $ 2,289.00 | $ 0.00 |
| 62 | Lashun Fletcher | $ 6,948.63 | $ 0.00 |
| 63 | TBF Financial, LLC as Assignee of | $ 12,588.91 | $ 0.00 |
| 64 | Chetranda Gray | $ 15,000.00 | $ 0.00 |
| 66 | Shirley White | $ 5,000.00 | $ 0.00 |
| 69 | Candance Moore | $ 773.00 | $ 0.00 |
| 71U | Barbara Herring | $ 154.30 | $ 0.00 |
| 73 | Joyce Hooks | $ 5,000.00 | $ 0.00 |
| 75 | Jokathy Mitchell | $ 3,600.00 | $ 0.00 |
| 76A | City of Chicago | $ 218,587.28 | $ 0.00 |
| 77 | Lavonda Greer | $ 3,184.00 | $ 0.00 |
| 79 | Bettie Hargrove | $ 1,249.68 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 545,312.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 84 | Elsie Lewis | $ 1,294.93 | $ 0.00 |
| 85U | Illinois Dept of Employment Security | $ 330.00 | $ 0.00 |
| 86U | INTERNAL REVENUE SERVICE | $ 543,687.83 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

**UST Form 101-7-TFR (9/1/2009)**

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (9/1/2009)**