# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**The Lutheran Family Mission,**<br><br>Debtor(s) | Chapter 7<br>Case No. 06 B 09370<br><br>Hon. Susan Pierson Sonderby |

## FINAL APPLICATION OF COLEMAN JOSEPH BLITSTEIN & STUART, LLC FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION

Coleman Joseph Blitstein & Stuart, LLC ("CJBS"), the accountants for Richard M. Fogel, the Chapter 7 trustee (the "Trustee") for the estate of The Lutheran Family Mission (the "Debtor"), submits this Final Application (the "Application") seeking allowance and payment of compensation and reimbursement expenses pursuant to 11 U.S.C. §§ 326, 330 and 503(b). In support of this Application, CJBS states as follows:

### BACKGROUND

1. On August 2, 2006 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code in this court. On the Petition Date, the Trustee was appointed as the Chapter 7 trustee for the Debtor's estate.

2. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Prior to the Petition Date, the Debtor operated day care centers.

4. On April 24, 2007, the Trustee was authorized to employ CJBS to investigate the financial affairs of the Debtor in order to determine whether the Trustee could assert a cause of action against the officers or directors of the Debtor for breach of fiduciary duty. The order provided for the payment of a flat fee of $7,500.00 upon the completion of a report for the Trustee, unless otherwise ordered by the Court.

{5774 APPL A0261234.DOC}

5. The information contained in the CJBS report provided the basis for the Trustee's commencement, and subsequent settlement, of an adversary complaint against the Debtor's officers and directors.

6. The Trustee is ready to close the estate. The majority of the settlement proceeds will be paid to former employees of the Debtor that have asserted priority wage claims against the estate. In connection with the payment of these claims, the Trustee will be responsible for the preparation and filing of W-2 and W-3 forms and federal and state payroll tax returns.

## REQUESTED FEES

7. CJBS has agreed to prepare the tax forms and returns relating to the payment of priority wage claims for the sum of $1,000.00. Pursuant to sections 330 of the Bankruptcy Code, CJBS requests the allowance and payment of fees in the amount of $1,000.00 for these services, in addition to the $7,500.00 that was previously paid in connection with the investigation of the Debtor's financial affairs.

8. Attached to this Application as Exhibit A is a statement of the services proposed to be rendered by CJBS on behalf of the Trustee.

9. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, CJBS respectfully submits that its fees represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

10. No agreement or understanding between CJBS and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Case.

11. CJBS has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

12. A copy of this Application has been served on the Office of the United States Trustee for the Northern District of Illinois. A notice of the hearing on the Application was served on all creditors and parties in interest by the Clerk of the U.S. Bankruptcy Court.

WHEREFORE, CJBS requests the entry of an order that:

(a) allows and grants the Trustee authority to pay CJBS the sum of $1,000.00 as final compensation for the services described in the Application;

(b) waives other and further notice of this hearing with respect to this Application; and

(c) grants CJBS such additional relief as may be appropriate under the circumstances.

Respectfully submitted,

Coleman Joseph Blitstein & Stuart, LLC

Dated: April 30, 2010

By: /s/ Richard M. Fogel
Richard M. Fogel, Trustee

Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 541-0151

{5774 APPL A0261234.DOC}                    3