# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: THE LUTHERAN FAMILY MISSION, | § § § | Case No. 06-09370 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on July 14, 2010 in Courtroom 642**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: June 8, 2010                                By: /s/ Richard M. Fogel
                                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: THE LUTHERAN FAMILY MISSION | § | Case No. 06-09370 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 124,790.83

*and approved disbursements of*  $ 70,993.90

*leaving a balance on hand of* [1]  $ 53,796.93

Claims of secured creditors will be paid as follows:

*Claimant*                                      *Proposed Payment*
Park National Bank                              $ 11,112.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | RICHARD M. FOGEL | $ 9,489.54 | $ |
| *Attorney for trustee* | SHAW GUSSIS FISHMAN GLANTZ | $ 12,653.00 | $ 656.75 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | COLEMAN BLITSTEIN JOSEPH & STUART | $ 1,000.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
Other _____ $_____ $_____

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $208,210.13 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | INTERNAL REVENUE SERVICE | $ 19,841.19 | $ 3,642.02 |
| _____ | INTERNAL REVENUE SERVICE | $ 6,150.77 | $ 1,129.03 |
| _____ | INTERNAL REVENUE SERVICE | $ 1,438.48 | $ 264.05 |
| _____ | ILLINOIS DEPARTMENT OF REVENUE | $ 4,960.31 | $ 910.51 |
| _____ | INTERNAL REVENUE SERVICE | $ 6,150.77 | $ 0.00 |
| _____ | INTERNAL REVENUE SERVICE | $ 1,438.48 | $ 0.00 |
| _____ | INTERNAL REVENUE SERVICE | $ 1,984.12 | $ 0.00 |
| _____ | ILLINOIS DEPARTMENT OF REVENUE | $ 1,984.12 | $ 0.00 |
| 10 | Tracey Huey | $ 1,818.45 | $ 333.79 |
| 14 | Celeste Tarver | $ 3,114.75 | $ 571.74 |
| 15 | Annie Johnson | $ 2,104.70 | $ 386.34 |
| 16 | Tamecia Davis | $ 3,680.00 | $ 675.49 |
| 17 | Jacqueline Montgomery | $ 2,091.08 | $ 383.84 |
| 18 | Bernadette Gant | $ 2,104.70 | $ 386.34 |
| 19 | Delores Greene | $ 3,006.50 | $ 551.87 |
| 21 | Patricia Cox | $ 3,182.29 | $ 584.14 |
| 23 | Rosalind Owens | $ 2,074.38 | $ 380.77 |
| 31 | Angela Hayes | $ 1,313.32 | $ 241.07 |
| 34 | Chloe Heath | $ 3,041.53 | $ 558.30 |

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 35 | Kerry Bishop | $ 1,379.32 | $ 253.19 |
| 36 | Veronica King | $ 2,104.70 | $ 386.34 |
| 37 | Rosalind Miller | $ 4,310.40 | $ 791.21 |
| 41 | Illinois Department of Revenue | $ 7,000.00 | $ 0.00 |
| 42 | Johanna Bradley | $ 2,155.20 | $ 395.61 |
| 43 | Betty McField | $ 2,889.02 | $ 530.30 |
| 46 | Betty Miles | $ 1,489.79 | $ 273.46 |
| 50 | Shirley Black | $ 622.99 | $ 114.36 |
| 51 | Beverly Walker | $ 1,525.48 | $ 280.01 |
| 57 | Lori Johnson | $ 2,801.59 | $ 514.26 |
| 58 | Marie Gasaway | $ 2,289.90 | $ 420.33 |
| 61A | Sonja LaCaze | $ 2,778.19 | $ 509.96 |
| 70 | Edwina N Chambers | $ 2,694.00 | $ 494.51 |
| 71P | Barbara Herring | $ 4,366.68 | $ 801.54 |
| 72 | Sayonara Harris | $ 4,798.69 | $ 880.84 |
| 74 | Shevelle Carter | $ 2,289.90 | $ 420.33 |
| 78 | Ester L Hinton | $ 2,049.86 | $ 376.27 |
| 80 | Melissa Jones | $ 2,081.11 | $ 382.01 |
| 82 | Diane Neal | $ 336.75 | $ 61.81 |
| 85P | Illinois Dept of Employment Security | $ 74,890.06 | $ 0.00 |
| 86P | INTERNAL REVENUE SERVICE | $ 11,876.56 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,156,440.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | Palos Partnership II | $ 13,287.50 | $ 0.00 |
| 2 | City of Chicago | $ 1,025.00 | $ 0.00 |
| 3 | Chicago Department of Revenue | $ 277.24 | $ 0.00 |
| 4 | Chicago Department of Revenue | $ 50.00 | $ 0.00 |
| 5 | Peoples Gas Light & Coke Co.? | $ 2,515.74 | $ 0.00 |
| 6 | Business Machine Agents, Inc | $ 257.32 | $ 0.00 |
| 7 | Anita Strong | $ 3,000.00 | $ 0.00 |
| 8 | Barbara Holmes | $ 1,957.75 | $ 0.00 |
| 9 | Alma Davis | $ 6,871.09 | $ 0.00 |
| 11 | Janice McWhorther | $ 2,102.28 | $ 0.00 |
| 12 | Editha Frye | $ 11,000.00 | $ 0.00 |
| 13 | Carrie Faye McClinton | $ 366.01 | $ 0.00 |
| 20 | Marie Durham | $ 19,081.63 | $ 0.00 |
| 22 | Donna McCraney | $ 904.26 | $ 0.00 |
| 24 | Jacqueline Hoard | $ 6,000.00 | $ 0.00 |
| 25 | Michelle Keys | $ 7,392.57 | $ 0.00 |
| 26 | Hertestine Cooks | $ 14,787.42 | $ 0.00 |
| 27 | Open Kitchens, Inc | $ 65,420.90 | $ 0.00 |
| 29U | Park National Bank | $ 244,682.38 | $ 0.00 |
| 30 | HR Direct | $ 30.91 | $ 0.00 |
| 32 | Charlotte Yancy | $ 1,774.92 | $ 0.00 |
| 33 | Ruth Kimble | $ 11,553.62 | $ 0.00 |
| 38 | Lynda Barrion | $ 642.00 | $ 0.00 |
| 39 | Alzzie Dobyne | $ 8,000.00 | $ 0.00 |
| 40 | Robbins, Salomon & Patt, Ltd. | $ 428,572.22 | $ 0.00 |
| 44 | Schindler Elevator Corporation | $ 1,989.05 | $ 0.00 |
| 45 | Lisa Morrison | $ 4,927.73 | $ 0.00 |
| 47 | Leanna Jones | $ 2,300.00 | $ 0.00 |
| 48 | Mattie Grant | $ 3,100.00 | $ 0.00 |
| 49 | Daphne Daniel | $ 1,900.00 | $ 0.00 |
| 52 | Tonia Bailey | $ 1,781.29 | $ 0.00 |
| 53 | Daisy Rosado | $ 5,975.39 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 59 | Amy M Lane | $ 8,539.92 | $ 0.00 |
| 60 | Carol AKA | $ 2,289.00 | $ 0.00 |
| 62 | Lashun Fletcher | $ 6,948.63 | $ 0.00 |
| 63 | TBF Financial, LLC as Assignee of | $ 12,588.91 | $ 0.00 |
| 64 | Chetranda Gray | $ 15,000.00 | $ 0.00 |
| 66 | Shirley White | $ 5,000.00 | $ 0.00 |
| 69 | Candance Moore | $ 773.00 | $ 0.00 |
| 71U | Barbara Herring | $ 154.30 | $ 0.00 |
| 73 | Joyce Hooks | $ 5,000.00 | $ 0.00 |
| 75 | Jokathy Mitchell | $ 3,600.00 | $ 0.00 |
| 76A | City of Chicago | $ 218,587.28 | $ 0.00 |
| 77 | Lavonda Greer | $ 3,184.00 | $ 0.00 |
| 79 | Bettie Hargrove | $ 1,249.68 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 545,312.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 84 | Elsie Lewis | $ 1,294.93 | $ 0.00 |
| 85U | Illinois Dept of Employment Security | $ 330.00 | $ 0.00 |
| 86U | INTERNAL REVENUE SERVICE | $ 543,687.83 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/RICHARD M. FOGEL
                                   Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**