UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: THE LUTHERAN FAMILY MISSION, | § § § § | Case No. 06-09370 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on July 14, 2010 in Courtroom 642**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: June 8, 2010                          By: /s/ Richard M. Fogel
                                                         Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: THE LUTHERAN FAMILY MISSION | § | Case No. 06-09370 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 124,790.83 |
| *and approved disbursements of* | $ 70,993.90 |
| *leaving a balance on hand of* [1] | $ 53,796.93 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Park National Bank | $ 11,112.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | RICHARD M. FOGEL | $ 9,489.54 | $ |
| Attorney for trustee | SHAW GUSSIS FISHMAN GLANTZ | $ 12,653.00 | $ 656.75 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | COLEMAN BLITSTEIN JOSEPH & STUART | $ 1,000.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $208,210.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | INTERNAL REVENUE SERVICE | $ 19,841.19 | $ 3,642.02 |
| _____ | INTERNAL REVENUE SERVICE | $ 6,150.77 | $ 1,129.03 |
| _____ | INTERNAL REVENUE SERVICE | $ 1,438.48 | $ 264.05 |
| _____ | ILLINOIS DEPARTMENT OF REVENUE | $ 4,960.31 | $ 910.51 |
| _____ | INTERNAL REVENUE SERVICE | $ 6,150.77 | $ 0.00 |
| _____ | INTERNAL REVENUE SERVICE | $ 1,438.48 | $ 0.00 |
| _____ | INTERNAL REVENUE SERVICE | $ 1,984.12 | $ 0.00 |
| _____ | ILLINOIS DEPARTMENT OF REVENUE | $ 1,984.12 | $ 0.00 |
| 10 | Tracey Huey | $ 1,818.45 | $ 333.79 |
| 14 | Celeste Tarver | $ 3,114.75 | $ 571.74 |
| 15 | Annie Johnson | $ 2,104.70 | $ 386.34 |
| 16 | Tamecia Davis | $ 3,680.00 | $ 675.49 |
| 17 | Jacqueline Montgomery | $ 2,091.08 | $ 383.84 |
| 18 | Bernadette Gant | $ 2,104.70 | $ 386.34 |
| 19 | Delores Greene | $ 3,006.50 | $ 551.87 |
| 21 | Patricia Cox | $ 3,182.29 | $ 584.14 |
| 23 | Rosalind Owens | $ 2,074.38 | $ 380.77 |
| 31 | Angela Hayes | $ 1,313.32 | $ 241.07 |
| 34 | Chloe Heath | $ 3,041.53 | $ 558.30 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 35 | Kerry Bishop | $ 1,379.32 | $ 253.19 |
| 36 | Veronica King | $ 2,104.70 | $ 386.34 |
| 37 | Rosalind Miller | $ 4,310.40 | $ 791.21 |
| 41 | Illinois Department of Revenue | $ 7,000.00 | $ 0.00 |
| 42 | Johanna Bradley | $ 2,155.20 | $ 395.61 |
| 43 | Betty McField | $ 2,889.02 | $ 530.30 |
| 46 | Betty Miles | $ 1,489.79 | $ 273.46 |
| 50 | Shirley Black | $ 622.99 | $ 114.36 |
| 51 | Beverly Walker | $ 1,525.48 | $ 280.01 |
| 57 | Lori Johnson | $ 2,801.59 | $ 514.26 |
| 58 | Marie Gasaway | $ 2,289.90 | $ 420.33 |
| 61A | Sonja LaCaze | $ 2,778.19 | $ 509.96 |
| 70 | Edwina N Chambers | $ 2,694.00 | $ 494.51 |
| 71P | Barbara Herring | $ 4,366.68 | $ 801.54 |
| 72 | Sayonara Harris | $ 4,798.69 | $ 880.84 |
| 74 | Shevelle Carter | $ 2,289.90 | $ 420.33 |
| 78 | Ester L Hinton | $ 2,049.86 | $ 376.27 |
| 80 | Melissa Jones | $ 2,081.11 | $ 382.01 |
| 82 | Diane Neal | $ 336.75 | $ 61.81 |
| 85P | Illinois Dept of Employment Security | $ 74,890.06 | $ 0.00 |
| 86P | INTERNAL REVENUE SERVICE | $ 11,876.56 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,156,440.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | Palos Partnership II | $ 13,287.50 | $ 0.00 |
| 2 | City of Chicago | $ 1,025.00 | $ 0.00 |
| 3 | Chicago Department of Revenue | $ 277.24 | $ 0.00 |
| 4 | Chicago Department of Revenue | $ 50.00 | $ 0.00 |
| 5 | Peoples Gas Light & Coke Co.? | $ 2,515.74 | $ 0.00 |
| 6 | Business Machine Agents, Inc | $ 257.32 | $ 0.00 |
| 7 | Anita Strong | $ 3,000.00 | $ 0.00 |
| 8 | Barbara Holmes | $ 1,957.75 | $ 0.00 |
| 9 | Alma Davis | $ 6,871.09 | $ 0.00 |
| 11 | Janice McWhorther | $ 2,102.28 | $ 0.00 |
| 12 | Editha Frye | $ 11,000.00 | $ 0.00 |
| 13 | Carrie Faye McClinton | $ 366.01 | $ 0.00 |
| 20 | Marie Durham | $ 19,081.63 | $ 0.00 |
| 22 | Donna McCraney | $ 904.26 | $ 0.00 |
| 24 | Jacqueline Hoard | $ 6,000.00 | $ 0.00 |
| 25 | Michelle Keys | $ 7,392.57 | $ 0.00 |
| 26 | Hertestine Cooks | $ 14,787.42 | $ 0.00 |
| 27 | Open Kitchens, Inc | $ 65,420.90 | $ 0.00 |
| 29U | Park National Bank | $ 244,682.38 | $ 0.00 |
| 30 | HR Direct | $ 30.91 | $ 0.00 |
| 32 | Charlotte Yancy | $ 1,774.92 | $ 0.00 |
| 33 | Ruth Kimble | $ 11,553.62 | $ 0.00 |
| 38 | Lynda Barrion | $ 642.00 | $ 0.00 |
| 39 | Alzzie Dobyne | $ 8,000.00 | $ 0.00 |
| 40 | Robbins, Salomon & Patt, Ltd. | $ 428,572.22 | $ 0.00 |
| 44 | Schindler Elevator Corporation | $ 1,989.05 | $ 0.00 |
| 45 | Lisa Morrison | $ 4,927.73 | $ 0.00 |
| 47 | Leanna Jones | $ 2,300.00 | $ 0.00 |
| 48 | Mattie Grant | $ 3,100.00 | $ 0.00 |
| 49 | Daphne Daniel | $ 1,900.00 | $ 0.00 |
| 52 | Tonia Bailey | $ 1,781.29 | $ 0.00 |
| 53 | Daisy Rosado | $ 5,975.39 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 59 | Amy M Lane | $ 8,539.92 | $ 0.00 |
| 60 | Carol AKA | $ 2,289.00 | $ 0.00 |
| 62 | Lashun Fletcher | $ 6,948.63 | $ 0.00 |
| 63 | TBF Financial, LLC as Assignee of | $ 12,588.91 | $ 0.00 |
| 64 | Chetranda Gray | $ 15,000.00 | $ 0.00 |
| 66 | Shirley White | $ 5,000.00 | $ 0.00 |
| 69 | Candance Moore | $ 773.00 | $ 0.00 |
| 71U | Barbara Herring | $ 154.30 | $ 0.00 |
| 73 | Joyce Hooks | $ 5,000.00 | $ 0.00 |
| 75 | Jokathy Mitchell | $ 3,600.00 | $ 0.00 |
| 76A | City of Chicago | $ 218,587.28 | $ 0.00 |
| 77 | Lavonda Greer | $ 3,184.00 | $ 0.00 |
| 79 | Bettie Hargrove | $ 1,249.68 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 545,312.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 84 | Elsie Lewis | $ 1,294.93 | $ 0.00 |
| 85U | Illinois Dept of Employment Security | $ 330.00 | $ 0.00 |
| 86U | INTERNAL REVENUE SERVICE | $ 543,687.83 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                              Allowed Amt. of Claim     Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/RICHARD M. FOGEL
                        Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: dgomez                 Page 1 of 4                  Date Rcvd: Jun 10, 2010
Case: 06-09370                  Form ID: pdf006              Total Noticed: 246

The following entities were noticed by first class mail on Jun 12, 2010.
db           +The Lutheran Family Mission,    4920 W. Madison Street,    Chicago, IL 60644-3541
aty          +Kimberly A Bacher,    Shaw Gussis Fishman Glantz WolfsonTowbin,     321 N. Clark,    Suite 800,
               Chicago, IL 60654-4766
aty          +Patience R Clark,    Law Office of Patience R. Clark P.C.,     30 N. LaSalle Street,    Suite 3400,
               Chicago, IL 60602-3337
aty          +Patrick A Clisham,    Shaw Gussis Fishman Glantz Wolfson,     321 North Clark Street,    Suite 800,
               Chicago, IL 60654-4766
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
10951221      AT&T,   Pob 5072,    Saginaw MI 48605
10951223     +AT&T Teleconference Services,     Pob 2840,   Omaha NE 68103-2840
10951222     +AT&T Teleconference Services,     901 Marquette Avenue,    Minneapolis MN 55402-3233
10951210      Alarm Detection Systems, Inc,     111 Church Road,   Aurora IL 60505
10951211     +Alice Dubose,    17717 Ridgewood Drive,    Hazel Crest, IL 60429-2116
10951212     +Allied Waste Services,    2608 S Damen,    Chicago IL 60608-5209
10951213     +Alma Davis,    8352 S Colfax Ave,    Chicago IL 60617-2032
10951214     +Alma Garner,    1734 N Monitor Ave,    Chicago IL 60639-4026
10951215     +Alzzie Dobyne,    1529 N Lotus Avenue,    Chicago IL 60651-1355
10951216     +American International Companies,     Pob 409,   Parispanny NJ 07054-0409
10951217     +American Recovery Services, Inc,     555 St. Charles Drive Suite 100,     Thousand Oaks CA 91360-3983
10951218     +Amy M Lane,    18740 Maple Ave,    Country Club Hills IL 60478-5691
10919427     +Angela Hayes,    5436 W Jackson,    Chicago IL 60644-4244
10951219     +Anita Merrieweather,    1101 N Kenvale Ave,    Chicago IL 60651-3621
10951220     +Anita Strong,    4504 W 16th street,    Chicago, Il 60623-1016
10963365     +Annie Johnson,    8129 S Artesian Avenue,    Chicago IL 60652-2838
10963366      Antoinette Little,    1085 S 17th Aveneu #2S,    Maywood IL 60153
10951224     +Balarie Scott,    1410 S Scoville,    Berwyn IL 60402-1159
10919428     +Barbara Herring,    6641 S Francisco,    Chicago IL 60629-2921
11139425     +Barbara Herring,    8022 S Francisco Ave,    Chicago IL 60652-2727
10951225     +Barbara Holmes,    2700 W Maypole Ave,    Chicago IL 60612-2020
10951226     +Barbara Montgomery,    1947 S 14th Ave,    Braodview IL 60155-3135
10951227     +Bebon Office Machines,    234 S Wabash,    Chicago IL 60604-2307
10919429     +Bernadette Gant,    18205 Hard Drive #5B,    Homewood IL 60430-2513
10951228     +Bertha Bowles,    114 W 109th Place,    Chicago IL 60628-3414
10951229     +Bethel New Life, Inc,    4950 W Thomas Street,    Chicago IL 60651-3119
10919430     +Bettie Hargrove,    945 S 31st Avenue,    Bellwood, IL 60104-2225
10951230      Betty Harris,    4100 W Adams Street,    Chicago IL 60624
10951231     +Betty Hughes,    147 N Laramie Ave.,    Chicago IL 60644-3316
10919431     +Betty McField,    4953 S 1110 West Road,    Chebanse, IL 60922-5022
10919432     +Betty Miles,    Pob 241225,    Chicago IL 60624-1205
10951232     +Betty Vaughn,    2448 N McVicker Ave,    Chicago IL 60639-2218
10919433     +Beverly Walker,    923 S Marengo,    Third Floor,    Forest Park, IL 60130-3915
10951268     +Biehl & Biehl, Inc,    411 E Irving Park Road,    Bensenville IL 60106-2230
10951233     +Bitmore Refrigeration,    c/o Credit Management Services,     9525 Sweet Valley Drive,
               Valley View OH 44125-4237
10951234     +Brenda Herman,    5437 W Van Buren St,    Chicago IL 60644-4745
10951235     +Business Machine Agents, Inc,     7033 High Grove Blvd,    Burr Ridge IL 60527-7593
10919434     +Candance Moore,    8330 S Colfax,    Chicago IL 60617-2032
10919435     +Carmen Knighten,    14009 Marquette,    Burnham IL 60633-1915
10951236     +Carol AKA,    2656 E 74th Street,    Chicago IL 60649-3552
10919436     +Carolyn Jones,    4816 W Monroe Street,    Apt 1A,    Chicago IL 60644-4408
10951237     +Carrie Faye McClinton,    7916 S Saginaw Avenue,    Chicago IL 60617-1349
10951193     +Cass Howard,    1644 S Avers,    Chicago IL 60623-2401
10919437     +Celeste Tarver,    844 N Tripp,    Chicago IL 60651-3531
10951238     +Charlene Strickland,    5630 S Wood St,    Chicago IL 60636-1226
10951239     +Charlotte Yancy,    218 48th Ave,    Bellwood IL 60104-1322
10951240     +Chetranda Gray,    4309 W End Ave,    Chicago IL 60624-2247
10955859     +Chicago Department of Revenue,     Attn: Business Bankruptcy Unit,     333 S. State St. - Suite 540,
               Chicago, IL 60604-3992
10951242     +Chicago Messenger Service,    c/o J.V.D.B. & Associates, Inc,     3949 N Pulaski Road,
               Chicago IL 60641-2932
10951241     +Chicago Messenger Service,    1600 S Ashland Avenue,     Chicago IL 60608-2099
10919438     +Chirl Dade,    3014 W 171st Street,    Apt 2C,    Hazel Crest IL 60429-1161
10950727     +Chloe Heath,    3220 W Walnut,    Chicago IL 60624-2051
10948805     +City of Chicago,    Department of Revenue,    Bureau of Parking  Bankruptcy,
               333 S. State Street, Suite #540,     Chicago, IL 60604-3992
10951208     +City of Chicago,    c/o Arnold Scott Harris,    600 W Jackson Blvd,    Suite 720,
               Chicago IL 60661-5683
10951207     +City of Chicago,    Department of Revenue,    121 N LaSalle Street,    Room 107,
               Chicago IL 60602-1232
10919426     +City of Chicago,    Attn: Esther Tryban Telser,     Dept of Law,    30 North LaSalle Street,
               Room 1400,    Chicago IL 60602-2503
10951244     +Claudette Garrett,    3304 Tulip Drive,    Hazel Crest IL 60429-1053
10951245     +Claudette Yarber,    1020 E 54th Street,    Chicago IL 60615-5002
10951251     +D's Little Angels,    c/o Odessa Williams,    1204 Anvil Court,    University Park IL 60484-3331
10951248     +Daisy Rosado,    2306 N Mango Ave,    Chicago IL 60639-2824
10950728     +Danielle Christian,    125 N Pine,    Chicago IL 60644-3137
10930233     +Daphne Daniel,    817 N Monticello Ave,    Chicago IL 60651-3948
10919439     +Darrina Mines,    519 S Cuyler #3W,    Oak Park IL 60304-1550
10919440      Debra Smith,    604 8th Avenue,    Maywood IL 60153
10950729     +Delores Greene,    6550 S Union,    Chicago IL 60621-2603
10930234     +Delores Love,    7420 S Stewart Ave,    Chicago IL 60621-3430
10930235     +Demetress Hunley,    1629 N Central Avenue,    Chicago IL 60639-4101
```

```
District/off: 0752-1           User: dgomez               Page 2 of 4          Date Rcvd: Jun 10, 2010
Case: 06-09370                 Form ID: pdf006            Total Noticed: 246

10930236     +Denise Harris,    150 S Fransico Ave,    Chicago IL 60612-3668
10919441     +Dennis Wilson,    5601 N Sheridan Apt 14C,    Chicago IL 60660-4871
10919442     +Diane Neal,    7614 S Harvard,    Chicago IL 60620-1617
10951249     +Direct Safety,    Pob 44989,   Madison WI 53744-4989
10951250     +Directory Billing,    Pob 1815,    Boca Raton FL 33429-1815
10930237     +Donna McCraney,    152 Williams Burg Road,    Country Club Hills IL 60478-5512
10930238     +Dorothy Ross,    7562 S Coles Ave,    Chicago IL 60649-4324
10930239     +Editha Frye,    9256 S Calumet Ave,    Chicago IL 60619-7304
10919443     +Edwina Chambers,    12227 S Throop,    Chicago IL 60643-5423
11136846     +Edwina N Chambers,    8024 S. Kingston,    Chicago IL 60617-1257
10930240     +Elsie Lewis,    7204 S Dobson Ave,    Chicago IL 60619-1318
10930241      Elsie Poleate,    8053 S Ada Street,    Chicago IL 60620
10930242     +Emma Williams,    5658 S Winchester,    Chicago IL 60636-1123
10919444     +Erika Bell-Coleman,    8456 S Euclid,    Chicago IL 60617-2260
10919445     +Ester L Hinton,    1448 N Lotus,    Chicago IL 60651-1307
10951253     +Everglades Direct,    c/o OSI Collection Services,    Pob 258011,   Valley View OH 44125-8011
10919446     +Felicia Goodwin-Hautman,    2938 E 173rd Place,    Lansing IL 60438-1204
10930243     +First Start Children,    1619 S 17th Avenue,    Maywood IL 60153-1858
10930244     +Geraldine Dukes,    14746 Lincoln Ave,    Harvey IL 60426-1612
10919447     +Geraldine Young,    317 S Albany,    Chicago IL 60612-2723
10930245     +Gina Thomas,    7225 S Prairie Ave,    Chicago IL 60619-1731
10950726     +HR Direct,    Pob 452019,    Sunrise FL 33345-2019
10930246      Harvetta Porter,    15937 St Louis Ave,    Chicago IL 60426
10930247     +Helen Slaughter,    7658 W Adams St,    Forest Park IL 60130-3147
10930248     +Hertestine Cooks,    5125 S Wood Street,    Chicago IL 60609-5761
10919448     +Howard Cass,    4609 St. Charles Road,    Bellwood IL 60104-1009
11049659    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
               100 West Randolph Street Level 7-400,    Chicago, Illinois   60601)
10849540     +ILLINOIS FACILITIES FUND,    C/O HAUSELMAN, RAPPIN & OLSWANG,    39 S. LASALLE STREET,
               CHICAGO, IL 60603-1603
11334328    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: INTERNAL REVENUE SERVICE,     P.O. BOX 21126,    PHILADELPHIA, PA 19114)
10950731    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,     Mail Stop 5010 CHI,
               230 S Dearborn Street,    Chicago IL 60604)
10951254     +Ice Mountain Spring Water,    c/o Caine & Weiner,    Pob 8500,    Van Nuys CA 91409-8500
10950730     +Illinois Department of Revenu,    101 West Jefferson Street,    Springfield IL 62702-5145
11406150     +Illinois Dept of Employment Security,    Benefit Payment Control Division,    PO Box 4385,
               Chicago IL 60680-4385
10930249     +Irma Rogers,    7733 S Michigan Ave,    Chicago IL 60619-2314
10919449     +Jacqueline Hines,    227 N Central,    Chicago IL 60644-2224
10930250     +Jacqueline Hoard,    3605 W 80th Place,    Chicago IL 60652-2417
10951191     +Jacqueline Montgomery,    219 N Central,    Chicago IL 60644-2221
10919450     +Jacqueline Montgomery,    5510 W Lake Street,    Second Floor,    Chicago IL 60644-1941
10919450     +James Tyler,    3439 W 79th Street,    Chicago IL 60652-1695
10930251     +Janice McWhorther,    7914 S Michigan Ave,    Chicago IL 60619-3509
10919452     +Jeri Milsap,    3639 N Pine Grove,    Apt 21G,    Chicago IL 60613-4543
10930252     +Joanne Johnson,    10819 S Lowe Ave,    Chicago IL 60628-3111
10951192     +Johanna Bradley,    4932 W Race,    Chicago IL 60644-1748
10930253     +Jokathy Mitchell,    5245 W Van Buren Street,    Chicago IL 60644-4808
10930254     +Joyce Carson,    7725 S Cornell Avenue,    Chicago IL 60649-4509
10930255     +Joyce Hooks,    58 E 68th Street,    Chicago IL 60637-3952
10930256     +Joyce Perry,    7743 S Phodes Ave,    Chicago IL 60619-2920
10930257     +Katherine Beamon,    6614 S Richmond Street,    Chicago IL 60629-2928
10930258     +Kelli Vantrease,    8140 S Dante,    Chicago IL 60619-4642
10919453     +Kerry Bishop,    4413 S LeClaire,    Chicago IL 60638-1916
10951255     +Kidsafety of America,    6251 Schaefer Ave Ste B,    Chino CA 91710-9065
10930259     +Kimberly Aye,    1024 31st Avenue,    Bellwood IL 60104-2446
10930260     +Kimberly Robinson,    231 Greg ave,    Evanston IL 60202-3627
10919454     +Lamon Phillips,    3821 W Huron,    Chicago IL 60624-1132
10930261     +Lashun Fletcher,    6321 N Campbell Avenue,    Chicago IL 60659-1901
10930262     +Lavonda Greer,    7924 S Trhoop Street,    Chicago IL 60620-3831
10930263     +Leanna Jones,    5230 S Laflin Street,    Chicago IL 60609-5844
10951256     +Lifetouch Preschool Potraits,    c/o NCO Financial Systems Inc,    3850 N Causeway Blvd,
               Suite 200,   Metairie LA 70002-7227
10930264     +Lisa Morrison,    1445 18th Ave,    Maywood IL 60153-1771
10930265     +Lisa Walker,    3508 W Van Buren St,    Apt 1B,    Chicago IL 60624-3365
10930266     +Loretta Helem,    1449 N Latrobe Ave,    Chicago IL 60651-1459
10919455     +Lori Johnson,    337 W 113th,    Chicago IL 60628-4147
10930267     +Lorita Martin,    9750 S Leavitt Street,    Chicago IL 60643-1646
10919456     +Lula West,    1712 N Austin Blvd,    Chicago IL 60639-4004
10930268     +Lynda Baker,    Pob 1658,    Evanston IL 60204-1658
10930269     +Lynda Barrion,    6140 S Hermitage Avenue,    Chicago IL 60636-2225
10919457     +Marcella Mack,    744 N Long Ave,    Chicago IL 60644-1142
10930270     +Marcellene Sarpong,    5730 S Winchester Ave,    Chicago IL 60636-1633
10930271     +Marie Durham,    7823 S Hoyne Avenue,    Chicago IL 60620-5742
11099272     +Marie Gasaway,    Pob 24231,    Chicago IL 60624-0231
10919458     +Marie Gasaway,    3235 W Lexington,    Chicago IL 60624-4129
10930272     +Marqueritte Nowder Scott,    9356 S Green St,    Chicago IL 60620-2712
10930273     +Mary Dotson,    151 N LaPorte Avenue,    Chicago IL 60644-3511
10930274     +Mary Myricks,    1053 N Waller Ave,    Chicago IL 60651-2612
```

```
District/off: 0752-1          User: dgomez                Page 3 of 4                   Date Rcvd: Jun 10, 2010
Case: 06-09370                Form ID: pdf006             Total Noticed: 246

10930275     +Mary Teague,    4828 W Washington Blvd,    chicago IL 60644-3627
10930276     +Mary Wilson,    4833 W Walton,   Chicago IL 60651-3210
10930277     +Mary Winselle,    1054 N Latrobe Street,    Chicago IL 60651-2915
10930278     +Mattie Grant,    5927 S Walcott Ave,    Chicago IL 60636-1606
10930279     +Maxine Ivy,    1439 N Menard,    Chicago IL 60651-1139
10930280     +Melanie Henry,    7530 S Saginaw Avenue,    Unit 3A,    Chicago IL 60649-5609
10919459     +Melissa Jones,    2231 S Kirkland,    Chicago IL 60623-2912
10951257      Metlife,   c/o Lathrop & Gage,    Franklin Square Ste 1050,    Washington DC 20005
10951258     +Metropolitan Water Reclamation District,    Attn:  Margaret T Conway, Sr., Ast. Atty,
               100 E Erie Street Room 301,    Chicago IL 60611-2871
10930281     +Michael B Gibson,    10546 S State Street,    Chicago IL 60628-2639
10930282     +Michelle Armstead,    6627 S May Street,    Chicago IL 60621-1221
10930283     +Michelle Keys,    7018 S Perry Ave,    Chicago IL 60621-3610
10930284     +Monique Cameron,    618 S 14th Avenue,    Maywood IL 60153-1420
10930285     +Myla Robinson,    14231 Avalon Ave,    Dolton IL 60419-1303
10930286     +Nanette Rufus,    8737 S Wallace Street,    Chicago IL 60620-2125
10951260     +Nicor Gas,   c/o NCO Financial Systems,    Pob 17196,    Baltimore, MD 21297-1196
10930287     +Odessa Williams,    1204 Anvin Court,    University Park IL 60484-3331
10951261     +Officemax,   c/o HSBC Business Solutions,    Pob 5239,    Carol Stream IL 60197-5239
10930288     +Open Kitchens Inc,    1161 W 21st Street,    Chicago IL 60608-3397
10951262     +Open Kitchens, Inc,    c/o Gene A Eich Ltd,    6032 N Lincoln ave,    Morton Grove IL 60053-2955
10909662     +Palos Partnership II,    c/o Frederick A. Lurie,    120 N LaSalle Street, #1030,
               Chicago IL 60602-2495
10951265     +Palos Partnership II,    c/o Law Office of Frederick A Lurie,    120 N LaSalle Street Ste 1030,
               Chicago IL 60602-2495
10951264     +Palos Partnership II,    c/o Mars Equities,    18342 W Creek Drive,    Tinley Park, IL 60477-6240
10930289     +Pamela Cooper,    3335 W Warren Blvd,    Chicago IL 60624-2438
10849541     +Park National Bank,    c/o Michael J Goldstein & Associates Ltd,    318 W Adams St., Ste. 1700,
               Chicago IL 60606-5100
15065080     +Park National Bank,    n/k/a U.S. Bank,    11 West Madison Street,    Oak Park, Illinois 60302-4203
10919460     +Patricia Alexander,    6417 S St Lawrence,    Chicago IL 60637-3328
10919461     +Patricia Cox,    4911 W Washington,    Chicago IL 60644-3545
10930290     +Patricia Tyus Cook,    c/o Dennis R O’Neill PC,    5487 N Milwaukee Ave,    Chicago IL 60630-1249
10930291     +Pearson Education,    Pob 409496,    Atlanta GA 30384-9496
10951266     +Peoples Gas,    130 E Randolph DR 23 Floor,    Chicago IL 60601-6207
10958455     +Peoples Gas Light & Coke Co.?,    130 E. RANDOLPH DR.,    Chicago,Ill 60601-6207
10951267     +Pioneer Press,    3701 W Lake Avenue,    Glenview IL 60026-1277
10951270     +Pitney Bowes Credit Corp,    c/o Dyne, Friedland & Omrani,    Pob 7020,    Van Nuys CA 91409-7020
10919462     +Precious Jones,    523 N Albany,    Chicago IL 60612-1001
10951271     +Premium Assignment Corp,    Pob 3066,    Tallahassee FL 32315-3066
10951272     +Pro Consulting Services, Inc,    Pob 66768,    Houston TX 77266-6768
10951273     +Quill,   Pob 94081,    Palatine IL 60094-4081
10951274     +Reliable Fire Equipment Co,    c/o American Credit Systems Inc,    Pob 72849,
               Roselle IL 60172-0849
10919463     +Renae D Murphy,    7456 Washington #400,    Forest Park IL 60130-1515
10930292     +Robbie Robinson,    4336 W Maypole Ave,    Chicago IL 60624-1726
14737684     +Robbins, Salomon & Patt, Ltd.,    25 East Washington Street, Suite 1000,
               Chicago, Illinois 60602-1796
10930293      Roberta Woodard,    5487 W Erie,    Chicago IL 60644
10930294     +Robin Wright,    8225 S Throop,    Chicago IL 60620-3935
10930295     +Rochelle Rideau,    3411 Jackson Street,    Bellwood Il 60104-2420
10930296     +Rochelle Willis,    122 Bellwood Ave,    Bellwood IL 60104-1229
10919464     +Roderick Thompson,    2269 E 97th Place,    Chicago IL 60617-4853
11045125     +Rosalind Miller,    221 N Long Apt 302,    Chicago IL 60644-2335
10930297     +Rose Pest Solution,    1809 W North Avenue,    Chicago IL 60622-1307
10930298     +Rosemarie Garner,    530 E 158th Street,    South Holland IL 60473-1531
10930299     +Rosetti Cade-Page,    5039 S Marshfield Ave,    Chicago IL 60609-4829
10919465     +Rosilind Johnson,    4922 W Adams,    Chicago IL 60644-4445
10951196     +Rosilind Owens,    4922 W Adams,    Chicago IL 60644-4445
10919466     +Roslind Miller,    1856 S Karlov,    Apt 303,    Chicago IL 60623-2865
10930300     +Ruth Kimble,    5831 W Augusta Blvd,    Chicago IL 60651-2511
10930301     +Ruth Kimble,   c/o Dennis R O’Neill,    5487 North Milwaukee Avenue,    Chicago IL 60630-1249
10930302     +Ruth Reed,    18128 Ravislowe Terrance,    Country Club Hills IL 60478-5324
11139489     +Sayonara Harris,    412 S Dante Ave,    Glenwood IL 60425-2046
11055543     +Schindler Elevator Corporation,    1530 Timberwolf Drive,    Holland OH 43528-9161
10930303     +Schindler Elevator Corporations,    c/o Uma Worldwide Collection,    600 S 7th Street,
               Louisville KY 40203-1968
10951275     +Sears Commercial One,    Pob 630859,    Irving TX 75063-0136
10919467     +Sheila Vaughn,    4739 W Monroe,    Chicago IL 60644-4610
10930304      Shelandra Glasper,    5927 S Walcott Ave,    Oak Park IL 60302
10930305     +Sheree Delane,    4158 W Washington Blvd,    Chicago IL 60624-2349
10951197     +Sheria Duncun,    1722 N Monitor,    Chicago IL 60639-4026
10951198     +Sherlette Lewis,    322 DesPlaines Avenue,    Forest Park IL 60130-1472
10930306     +Shevelle Carter,    12759 S Bishop Street,    Calumet Park IL 60827-6321
10951199     +Shirely Black,    7218 S University,    Chicago IL 60619-1327
10930307     +Shirley Asford,    5446 W Kamerling Ave,    Chicago IL 60651-1303
10930308      Shirley White,    1417 S Menard,    Chicago IL 60651
11100690     +Sonja LaCaze,    9649 S Jeffery,    Chicago IL 60617-4731
10930309     +Sonya Harris,    329 N Long Ave,    Chicago IL 60644-2345
10930310     +Stephanie Hairston,    Pob 167541,    Chicago IL 60616-7541
10951243     +TBF Financial, LLC as Assignee of,    Cit Technology Financial Services,
               520 Lake Cook Road Suite 510,    Deerfield IL 60015-4900
10951200     +Takenya Clay,    948 N California Avenue,    Chicago IL 60622-4462
10930311     +Takeyla Ellington,    3421 W 12th Place,    Chicago IL 60623-1608
```

```
District/off: 0752-1          User: dgomez              Page 4 of 4              Date Rcvd: Jun 10, 2010
Case: 06-09370                Form ID: pdf006           Total Noticed: 246

10951201      +Tamecia Davis,    4047 W 18th Street,    Chicago IL 60623-2705
10951202      +Tamika Crum,    4432 W Maypole,    Chicago IL 60624-1639
10951203      +Tanya Williams,    524 Jeffery Avenue,    Chicago IL 60409-2806
10951204      +Tiffany Montley,    3459 W Monroe,    Chicago IL 60624-2957
10930312      +Tina Marie Carroll,    3030 W Gannison,    Chicago IL 60625-4302
10930313      +Toni Williams,    7846 S East End Ave,    2nd Floor,    Chicago IL 60649-4910
10930314      +Tonia Bailey,   17795 Arlington Drive,    Country Club Hills, IL 60478-4963
10930315      +Toya Westbrook,    24 S Seeley,    Chicago IL 60612-3019
10951205      +Tracey Huey,    5048 W Crystal Street,    Chicago IL 60651-1527
10930316      +Vanell Wagner,    5959 N Ravenswood Ave,    Chicago IL 60660-3148
10951206      +Veronica King,    1237 S Tripp,    Chicago IL 60623-1158
10930317      +Vickie Harris,    1850 218th Place,    Saulk Village IL 60411-4915
10951209      +Village of Oak Park,    123 Madison Street,    Oak Park IL 60302-4295
10930318      +Viola Foster,    1330 N Mason Avenue,    Chicago IL 60651-1041
10849542      +WEST SIDE PLANNING AND DEVELOPMENT,     C/O FLAMM & TEIBLOOM, LTD.,    20 N. CLARK STREET,
                SUITE 2200,    CHICAGO, IL 60602-5113
11048464      +West Side Planning and Development,    c/o Richard H. Fimoff,    Robbins, Salomon & Patt, Ltd.,
                25 E. Washington Street, Suite 1000,    Chicago, IL 60602-1796
10951276      +Workplace Solutions,    19 E Schaumburg Road,    Schaumburg IL 60194-3503
10951277      +Yellow Pages Directory,    Pob 9250,    Erie PA 16505-8250
10930320       Yvonne Al-Khayr,    255 W 47th Street,    Chicago IL 60609
The following entities were noticed by electronic transmission on Jun 10, 2010.
10951247      +E-mail/Text: legalcollections@comed.com                            ComEd,   c/o Allied Interstate,
                3200 Northline Ave,    Suite 160,    Greensboro NC 27408-7613
10951246      +E-mail/Text: legalcollections@comed.com                            ComEd,   2100 Swift Drive,
                Oak Brook IL 60523-1559
10951252      +E-mail/Text: smartinez@excelligence.com
                Early Childhood Manufactures Direct,    Pob 60000,    San Francisco CA 94160-0001
10951259      +E-mail/Text: bankrup@nicor.com                           Nicor,   Pob 2020,   Aurora IL 60507-2020
10951269      +E-mail/Text: bankruptcy@pb.com                           Pitney Bowes Credit Corporation,
                Pob 856460,    Louisville KY 40285-6460
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Shaw Gussis
aty              Thaddeus L Wilson
15463089         City of Chicago; Dept. of Law; 30 N. LaSalle; Room,    Attn.: Esther Tryban Telser
10951263         Palos Partners II,    18342 W Creek Drive,   Tinley Park
11140318*       +Joyce Hooks,   58 E 68th Street,    Chicago IL 60637-3952
10951194*       +Lamon Phillips,    3821 W Huron,   Chicago IL 60624-1132
10951195*       +Renae D Murphy,    7456 Washington #400,    Forest Park, IL 60130-1515
10930319*       +West Side Planning and Development,    c/o Flamm & Teibloom, Ltd,    20 N Clark Street,
                  Suite 2200,    Chicago IL 60602-5113
                                                                                              TOTALS: 4, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2010**          **Signature:** _/s/ Joseph Speetjens_